**Michelle Sweet, OSB No. 060015**
**Assistant Federal Public Defender**
101 S.W. Main, Suite 1700
Portland, OR  97204
Tel:    (503) 326-2123
Fax:    (503) 326-5524
Email: michelle_sweet@fd.org

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:20-cr-00528-IM |
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| vs. | |
| **JARED KEVIN DOWNING,** | |
| Defendant. | |

The defendant, Jared Downing, through counsel, Michelle Sweet, moves the Court to enter an Order continuing the trial date in the above-captioned case for 90 days (*i.e.*, until July 20, 2021). A jury trial is currently scheduled for April 20, 2021.  This motion constitutes Mr. Downing's second request to continue his trial date.  The government, through Assistant U.S. Attorney Gregory R. Nyhus, does not oppose the motion.

Mr. Downing is charged by Indictment with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1)  CR 3.  He has remained out of custody since approximately November 18, 2020.  CR 10, 11.  Mr. Downing has recently struggled while on pretrial release but

is working with his pretrial services officer to get back on track and has been in compliance the majority of the time while on release.

A trial continuance is necessary to provide the defense with adequate time to complete discovery review; to conduct independent investigation, including witness interviews and document retrieval; to retain and consult with expert witnesses; and to prepare for trial. The defense also needs more time to meet with Mr. Downing to review and discuss the discovery materials and ongoing investigation in a safe manner. Finally, defense counsel needs additional time to complete research into possible defenses, to research and file appropriate legal motions, to engage in plea negotiations, and to otherwise prepare for trial.

Defense counsel has spoken with Mr. Downing, explained the bases supporting his request for a continuance, and the rights that he has under the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)). Mr. Downing knowingly and voluntarily waives his rights under the Speedy Trial Act. He respectfully requests that the Court continue his current trial date for 90 days (*i.e.*, until July 20, 2021).

RESPECTFULLY SUBMITTED this 1st day of April 2021.

*/s/ Michelle Sweet*
Michelle Sweet
Attorney for Defendant